UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GARY VAN VALKENBURG, WESTERN SURETY CO., and DOES & ROES I–X, <br><br> Defendants. | C20-1042 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Plaintiffs' motion for default judgment, docket no. 11, is DENIED without prejudice. In addition to Defendant Gary Van Valkenburg, against whom Plaintiffs seek default judgment, other defendants have been named in this action but have not yet appeared. Any renewed motion for default judgment must be accompanied by either a notice of voluntary dismissal of claims against the other defendants or a recitation of grounds for entering a partial default judgment pursuant to Federal Rule of Civil Procedure 54(b).

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of November, 2020.

William M. McCool<br>
Clerk<br><br>
s/Gail Glass<br>
Deputy Clerk

MINUTE ORDER - 1