UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GARY VAN VALKENBURG and DOES & ROES I–X, <br><br> Defendants. | C20-1042 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion for default judgment, docket no. 14, is DENIED without prejudice. Although Plaintiffs voluntarily dismissed with prejudice the claims against Defendant Western Surety Co. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), docket no. 13, they have failed to dismiss the claims against Defendants Does & Roes I–X. Any renewed motion for default judgment must be accompanied by either a notice of voluntary dismissal of claims against Defendants Does & Roes I–X or a recitation of grounds for entering a partial default judgment pursuant to Federal Rule of Civil Procedure 54(b).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of December, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1